## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MICHELLE ROSIER,                           :
11412 Hermitt
Clinton, Maryland  20735,                  :

               Plaintiff,            :      CASE NO.: 05-0007478

           v.                  :

BJ VINES INC. d/b/a                         :
BETSEY JOHNSON
498 7th Avenue
21st Floor
New York, New York  10001                   :

and                                         :

JANE ROSER
10169 Mosby Woods Drive                      :
# 306
Fairfax, Virginia  22030-1731                :

            Defendants.              :

### DEFENDANTS' PETITION FOR REMOVAL

Defendants BJ VINES INC. d/b/a BETSEY JOHNSON and JANE ROSER (hereinafter collectively referred to as "DEFENDANTS"), by and through their undersigned counsel, BONNER KIERNAN TREBACH & CROCIATA, LLP and pursuant to 28 U.S.C. §§ 1441 and 1332, hereby remove to this Court an action pending in the Superior Court for the District of Columbia.  The grounds for this Petition for Removal are set forth below.

1.    On or about September 12, 2005 Michelle Rosier (hereinafter "ROSIER" or "Plaintiff") filed an action in the Superior Court for the District of Columbia, styled *Michelle Rosier v. BJ Vines Inc. d/b/a Betsey Johnson and Jane Roser,* Case No. 05-0007478.

DEFENDANTS received process by facsimile on or about September 14, 2005. In accordance with 28 U.S.C. § 1446(a), true and correct copies of the Complaint, Summons, and Notice of Service of Process are attached hereto and incorporated herein as Exhibit "A."

2.    Defendant BJ Vines, Inc. d/b/a Betsey Johnson is a corporation formed under the laws of the State of New York, with its principal place of business in the State of New York.

3.    Defendant Jane Roser is a resident of Fairfax, VA.

4.    According to the allegations of the Complaint, Plaintiff ROSIER is a resident of the State of Maryland.

5.    ROSIER's Complaint alleges that she was unlawfully terminated from her employment with Defendant BJ Vines Inc. d/b/a Betsey Johnson. ROSIER's Complaint specifically alleges that the DEFENDANTS violated the D.C. Human Rights Act, defamed her and interfered with her employment contract.

6.    Upon information and belief, the amount in controversy in this action exceeds $75,000.00, exclusive of interest and costs, because the Plaintiff seeks all of her lost wages and benefits, compensatory damages and punitive damages for the financial and emotional harm allegedly caused by the Defendants.

9.    Pursuant to 28 U.S.C. §§ 1332(a), and 1441(a), this Court possesses original jurisdiction of this action because the amount in controversy exceeds $75,000.00 exclusive of interest and costs and because this action is between citizens of different states. Plaintiff and DEFENDANTS are diverse.

10.   No admission of fact, law or liability is intended by this Petition for Removal, and all defenses, affirmative defenses and motions are hereby reserved to DEFENDANTS.

2

WHEREFORE, DEFENDANTS BJ VINES d/b/a BETSEY JOHNSON and JANE

ROSER hereby remove the above-captioned action, which is now pending in the Superior Court

for the District of Columbia, to the United States District Court for the District of Columbia.

DATED this 27th day of September 2005.

**BONNER KIERNAN TREBACH & CROCIATA**

Stuart L. Peacock, Bar No. 428908
1250 Eye Street, NW
Suite 600
Washington, DC 20005
Telephone:  (202)712-7000
Facsimile:  (202)712-7100
speacock@bktc.net

**Counsel for Defendants**
**BJ VINES INC. d/b/a BETSEY JOHNSON**
**and JANE ROSER**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the DEFENDANTS' PETITION for REMOVAL, this 27th day of September, 2005, to be served, via Federal Express, Priority Overnight, postage prepaid, upon:

> David A. Branch, Esq.
> **LAW OFFICES OF DAVID A. BRANCH, PC**
> 1825 Connecticut Avenue, N.W.
> Suite 690
> Washington, DC 20009
>
> **Counsel for Plaintiff Michelle Rosier**

Stuart L. Peacock #428908