IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MICHELLE ROSIER,**<br>11412 Hermitt<br>Clinton, Maryland 20735, | :<br>:<br>: | |
| Plaintiff, | : | CASE NO.: 05 1906 EGS<br>Judge Emmet G. Sullivan |
| v. | : | |
| **BJ VINES INC. d/b/a**<br>**BETSEY JOHNSON**<br>498 7th Avenue<br>21st Floor<br>New York, New York 10001 | :<br><br><br><br>: | |
| and | | |
| **JANE ROSER**<br>10169 Mosby Woods Drive<br># 306<br>Fairfax, Virginia 22030-1731 | :<br>:<br><br>: | |
| Defendants. | : | |

## MOTION FOR ADMITTANCE OF BRIAN S. SOKOLOFF *PRO HAC VICE*

STUART L. PEACOCK, ESQUIRE, pursuant to LCvR 83.2(d), hereby moves this Court for an Order permitting BRIAN S. SOKOLOFF to appear before this Court *pro hac vice* for the limited purpose of representing the defendants BJ Vine Inc. d/b/a Betsey Johnson and Jane Roser in the above-captioned matter.

WHEREFORE STUART L. PEACOCK hereby requests this Honorable Court to enter an Order admitting BRIAN S. SOKOLOFF to appear *pro hac vice* in the above-captioned matter.

DATED this 14th day of October, 2005.

Respectfully submitted,

_____
STUART L. PEACOCK, ESQUIRE
Bar No. 428908
Bonner Kiernan Trebach & Crociata
1250 I Street, N.W., Suite 600
Washington, DC 20005
Tel: (202) 712-7000
Fax: (202) 712-7100
E-Mail: speacock@bktc.net

_____
BRIAN S. SOKOLOFF, ESQUIRE
*Pro Hac Vice*
Miranda & Sokoloff
240 Mineola Boulevard
Mineola, NY 11501
Tel: (516) 741-7676
Fax: (516) 741-9060
E-Mail: bsokoloff@mirandasokoloff.com

## DECLARATION IN SUPPORT OF MOTION FOR ADMITTANCE OF BRIAN S. SOKOLOFF *PRO HAC VICE*

In support of the above Motion, Mr. Sokoloff sets forth the following declaration:

1. My full name is Brian S. Sokoloff.

2. My office is located in The Esposito Building, which is located at 240 Mineola Boulevard in Mineola, New York. My telephone number is (516) 741-7676.

3. I have been admitted to the bars of the following courts:

State of New York (September 30, 1987)
United States District Court for the Southern District of New York (December 15, 1987)
United States District Court for the Eastern District of New York (December 15, 1987)
United States District Court for the Western District of New York (March 1, 1989)
United States District Court for the Northern District of New York (February 7, 1989)
United States Court of Appeals for the Second Circuit (July 26, 1991)
United Stats Supreme Court (August 17, 1991)

4. I certify that I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court during the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia; I am not a member of the District of Columbia Bar and do not have an application for membership pending.

WHEREFORE STUART L. PEACOCK hereby requests this Honorable Court to enter an Order admitting BRIAN S. SOKOLOFF to appear *pro hac vice* in the above-captioned matter.

DATED this 14th day of October, 2005.

Respectfully submitted,

_____
STUART L. PEACOCK, ESQUIRE
Bar No. 28908
Bonner Kiernan Trebach & Crociata
1250 I Street, N.W., Suite 600
Washington, DC 20005
Tel: (202) 712-7000
Fax: (202) 712-7100
E-Mail: speacock@bktc.net

_____
BRIAN S. SOKOLOFF, ESQUIRE
*Pro Hac Vice*
Miranda & Sokoloff
240 Mineola Boulevard
Mineola, NY 11501
Tel: (516) 741-7676
Fax: (516) 741-9060
E-Mail: bsokoloff@mirandasokoloff.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the Motion of Admittance of Brian S. Sokoloff *Pro Hac Vice*, this 14th day of October, 2005, to be served, via regular U.S. Mail, postage prepaid, upon:

>David A. Branch, Esq.
>**LAW OFFICES OF DAVID A. BRANCH, PC**
>1825 Connecticut Avenue, N.W.
>Suite 690
>Washington, DC 20009
>
>**Counsel for Plaintiff Michelle Rosier**

_____
Stuart L. Peacock #428908

137187-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MICHELLE ROSIER,**  :
11412 Hermitt  :
Clinton, Maryland 20735,  :

      Plaintiff,  :  CASE NO.: 05 cv 1906
                           Judge Emmet G. Sullivan
    v.  :

**BJ VINES INC. d/b/a**  :
**BETSEY JOHNSON**
498 7th Avenue
21st Floor
New York, New York 10001  :

and

  :

**JANE ROSER**
10169 Mosby Woods Drive
# 306
Fairfax, Virginia 22030-1731  :

      Defendants.  :

## ORDER GRANTING SPECIAL ADMISSION TO PRACTICE OF
## STUART L. PEACOCK

The Court, having reviewed the Motion of STUART L. PEACOCK, ESQUIRE for admission of BRIAN S. SOKOLOFF, ESQUIRE *pro hac vice*, and finding the Motion in order, hereby

ORDERS AND ADJUDGES that the Motion be GRANTED and that BRIAN S. SOKOLOFF, ESQUIRE shall be permitted admission to practice before this Court in the above-captioned matter.

DONE AND ORDERED this _____ day of _____, 2005.

137187-1

_____<br>
The Honorable Emmet G. Sullivan<br>
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Stuart L. Peacock, Esq.
Brian S. Sokoloff, Esq.
David A. Branch, Esq.