UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
---------------------------------------------------------------x
MICHELLE ROSIER,

      Plaintiff,

 -against-

BJ VINES INC. d/b/a BETSEY JOHNSON and JANE ROSER,

      Defendants.
---------------------------------------------------------------x

Docket No.
05 CV 1906 (EGS)

**NOTICE OF APPEARANCE**

  **PLEASE TAKE NOTICE** that Brian S. Sokoloff, a member of the firm of MIRANDA & SOKOLOFF, LLP, attorneys for defendants, hereby files this notice of appearance for purposes of receiving ECF materials on this matter.

Dated: Mineola, New York
   October 21, 2005

           MIRANDA & SOKOLOFF, LLP
           Attorneys for Defendants

           By: _____
             BRIAN S. SOKOLOFF (bss-7147)
           240 Mineola Boulevard
           The Esposito Building
           Mineola, New York 11501
           (516) 741-7676
           Our File No. 05-328

TO: DAVID A. BRANCH, ESQ.
   Attorney for Plaintiff
   1825 Connecticut Avenue, N.W.
   Suite 690
   Washington, DC 20009