**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MICHELLE ROSIER** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No.: 05-1906** |
| **v.** ) | |
| ) | |
| **BJ VINES INC., et al.** ) | **(EGS)** |
| ) | |
| **Defendants.** ) | |
| ) | |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COURT'S ORDER

Comes now Plaintiff Michelle Rosier, by and through counsel, and files this motion for extension of time to file response to the court's October 25, 2005, order, and in support thereof states as follows.

On October 25, 2005, the court issued an order directing the parties to submit responses on whether the court has jurisdiction in the event Plaintiff caps her request for damages at no more than $75,000. Responses to that order are due November 1, 2005. Counsel for Plaintiff recently finished an extended trial before the D.C. Superior Court and has five dispositive motions to respond to the week of October 31, 2005. Plaintiff requests a one-week extension of time, through November 8, 2005, to file a response to the court's order. Counsel for Plaintiff contacted Defendants' counsel to advise him of this request and he had not responded at the time this motion was filed.

Wherefore Plaintiff requests a one-week extension of time, through November 8, 2005, to file a response to the court's order.

Respectfully submitted,


By:    _____/s/_____
       David A. Branch
       Law Offices of David A. Branch, P.C.
       1825 Connecticut Avenue, NW
       Suite 690
       Washington, D.C. 20009
       Phone: (202) 785-2805
       Facsimile: (202) 785-0289

### Certificate of Service

I hereby certify this 1st day of November 2005, that a copy of the foregoing Motion for Extension of Time to File Response to Court's Order was sent electronically to counsel for Defendants listed below:

Stuart L. Peacock
1250 Eye Street, NW
Suite 600
Washington, D.C. 20005


_____/s/_____
David A. Branch