IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MICHELLE ROSIER,**
11412 Hermitt
Clinton, Maryland 20735,

    Plaintiff,

v.

**BJ VINES INC. d/b/a**
**BETSEY JOHNSON**
498 7th Avenue
21st Floor
New York, New York 10001

and

**JANE ROSER**
10169 Mosby Woods Drive
# 306
Fairfax, Virginia 22030-1731

    Defendants.

CASE NO.: 05 1906 EGS
Judge Emmet G. Sullivan

## AFFIDAVIT OF STUART L. PEACOCK, ESQ.

DISTRICT OF COLUMBIA )
                       ) ss:
WASHINGTON          )

    STUART L. PEACOCK, ESQ., of full age, being duly sworn, deposes and says:

    1.    I am counsel for the Defendants BJ Vines, Inc. d/b/a Betsey Johnson and Jane Roser.

    2.    I have personal knowledge of the facts set forth herein.

    3.    On October 14, 2005, I received a telephone call from David A. Branch, Esq., counsel for the Plaintiff Michelle Rosier.



EXHIBIT B

4.   Mr. Branch sought my consent to his Motion to Remand the above-referenced case to the Superior Court for the District of Columbia.

5.   Mr. told me that the United States District Court for the District of Columbia did not have jurisdiction of the above-referenced case because nothing in the Complaint indicates the amount in controversy, and therefore the District Court does not have jurisdiction under 28 U.S.C. §1332.

6.   I informed Mr. Branch that, even if his position was correct, as soon as he made a claim for damages in an amount over Seventy-Five Thousand Dollars ($75,000.00) this matter could be removed to federal court.

7.   I then asked Mr. Branch if he would stipulate that his plaintiff's claim would never exceed Seventy-Five Thousand Dollars. That proposal was rejected by Mr. Branch.

8.   On October 14, 2005, I caused to be served by hand on Mr. Branch a Request for Admission asking Plaintiff to admit that the amount in controversy does not exceed $75,000. The response to that request is due on November 14, 2005.

FURTHER AFFIANT SAYETH NAUGHT.

_____
STUART L. PEACOCK, ESQ.

Sworn to and subscribed before me

this _1st_ day of November, 2005.

_____
NOTARY PUBLIC

Charlene D. Laumer
Notary Public, District of Columbia
My Commission Expires 03-14-2008

138179-1