IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHELLE ROSIER,  :
11412 Hermitt  :
Clinton, Maryland 20735,  :

    Plaintiff,  :    CASE NO.: 05 1906 EGS
                         Judge Emmet G. Sullivan

    v.  :

BJ VINES INC. d/b/a  :
BETSEY JOHNSON
498 7th Avenue
21st Floor
New York, New York 10001  :

and

                                          :

JANE ROSER
10169 Mosby Woods Drive
# 306
Fairfax, Virginia 22030-1731  :

    Defendants.  :

## DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSIONS
## TO PLAINTIFF MICHELLE ROSIER

TO:    Michelle Rosier
        c/o David A. Branch, Esq.
        LAW OFFICES OF DAVID A. BRANCH, PC
        1825 Connecticut Avenue, N.W.
        Suite 690
        Washington, DC 20009

FROM:  BJ Vines Inc. d/b/a Betsey Johnson and Jane Roser
        c/o Stuart L. Peacock, Esquire
        BONNER KIERNAN TREBACH & CROCIATA
        1250 I Street, NW, Suite 600
        Washington, DC 20005

EXHIBIT C

CASE NO.: 05 1906 EGS
Judge Emmet G. Sullivan

Defendants BJ VINES INC. D/B/A BETSEY JOHNSON and JANE ROSER (hereinafter collectively referred to as the ("Defendants"), by and through counsel, BONNER KIERNAN TREBACH & CROCIATA, LLP and MIRANDA & SOKOLOFF, and in accordance with Rule 36, Fed. R. Civ. P., hereby propound the following Requests for Admissions to Plaintiff MICHELLE ROSIER. Each Request is to be answered individually and fully in writing, and a copy thereof served upon counsel for the Defendants within thirty (30) days of service of these Requests.

**REQUEST NO. 1**: The sum or value of the damages Plaintiff MICHELLE ROSIER seeks in this matter does not exceed Seventy-Five Thousand dollars ($75,000.00) exclusive of interest and costs.

**ANSWER**:

137778-1

CASE NO.: 05 1906 EGS
Judge Emmet G. Sullivan

DATED this 14th day of October, 2005.

Respectfully submitted,

STUART L. PEACOCK, ESQUIRE
Bar No. 428908
Bonner Kiernan Trebach & Crociata
1250 I Street, N.W., Suite 600
Washington, DC 20005
Tel: (202) 712-7000
Fax: (202) 712-7100


BRIAN S. SOKOLOFF, ESQUIRE
Miranda & Sokoloff
240 Mineola Boulevard
Mineola, NY 11501
Tel: (516) 741-7676
Fax: (516) 741-9060

**Attorneys for Defendants BJ Vines Inc. d/b/a and Jane Roser**

137778-1

CASE NO.: 05 1906 EGS
Judge Emmet G. Sullivan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the Motion of Admittance of Brian S. Sokoloff *Pro Hac Vice*, this 14th day of October, 2005, to be served, via hand delivery, upon:

David A. Branch, Esq.
**LAW OFFICES OF DAVID A. BRANCH, PC**
1825 Connecticut Avenue, N.W.
Suite 690
Washington, DC 20009

**Counsel for Plaintiff Michelle Rosier**

*Stuart L. Peacock / JMK*
Stuart L. Peacock #428908

4

137778-1