IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MICHELLE ROSIER,**<br>11412 Hermitt<br>Clinton, Maryland 20735, | :<br>:<br>: | |
| Plaintiff, | : | CASE NO.: 05 1906 EGS<br>Judge Emmet G. Sullivan |
| v. | : | |
| **BJ VINES INC. d/b/a**<br>**BETSEY JOHNSON**<br>498 7th Avenue<br>21st Floor<br>New York, New York 10001 | :<br><br><br><br>: | |
| and | | |
| | : | |
| **JANE ROSER**<br>10169 Mosby Woods Drive<br># 306<br>Fairfax, Virginia 22030-1731 | :<br>:<br><br>: | |
| Defendants. | : | |

## DEFENDANTS' RESPONSE TO COURT'S OCTOBER 25, 2005 MINUTE ORDER

Defendants BJ VINES INC. D/B/A BETSEY JOHNSON and JANE ROSER (hereinafter collectively referred to as the "Defendants"), by and through counsel, BONNER KIERNAN TREBACH & CROCIATA, LLP and MIRANDA & SOKOLOFF, and in accordance with Rule 7(b) L.R. D.D.C., hereby files its Response to the Court's October 25, 2005 Minute Order and states the following:

Defendants submit that the Court would not have jurisdiction of the above-referenced matter if Plaintiff request for damages, <u>including attorney fees</u>, is not more than seventy-five thousand dollars ($75,000). *See Missouri State Life Ins. Co. v. Jones*, 290 U.S. 199, 54 S.Ct. 133

CASE NO.: 05 1906 EGS
Judge Emmet G. Sullivan

(1933) (where attorney fees are recoverable by statute, they are part of the amount in controversy for purposes of diversity jurisdiction.)

The D.C. Human Rights Act, §§ 1-1401, et seq., provides for payment of reasonable attorneys fees.

DATED this 1st day of November, 2005.

Respectfully submitted,

*/s/ Stuart L. Peacock*

STUART L. PEACOCK, ESQUIRE
Bar No. 428908
Bonner Kiernan Trebach & Crociata
1250 I Street, N.W., Suite 600
Washington, DC 20005
Tel: (202) 712-7000
Fax: (202) 712-7100

BRIAN S. SOKOLOFF, ESQUIRE
Miranda & Sokoloff
240 Mineola Boulevard
Mineola, NY 11501
Tel: (516) 741-7676
Fax: (516) 741-9060

**Attorneys for Defendants BJ Vines Inc. d/b/a and Jane Roser**

CASE NO.: 05 1906 EGS
Judge Emmet G. Sullivan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's Electronic Court Filing system this 1st day of November, 2005, upon:

David A. Branch, Esq.
**LAW OFFICES OF DAVID A. BRANCH, PC**
1825 Connecticut Avenue, N.W.
Suite 690
Washington, DC 20009

**Counsel for Plaintiff Michelle Rosier**

_____
Stuart L. Peacock #428908