IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHELLE ROSIER** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No.: 05-1906 |
| v. ) | |
| ) | |
| **BJ VINES INC., et al.** ) | (EGS) |
| ) | |
| **Defendants.** ) | |
| ) | |

## NOTICE IN RESPONSE TO COURT'S ORDER

Comes now Plaintiff Michelle Rosier, by and through counsel, and files this notice in response to the court's October 25, 2005 order, and in support thereof states as follows.

On October 25, 2005, the court issued an order directing the parties to submit responses on whether the court has jurisdiction in the event Plaintiff caps her request for damages at no more than $75,000, and for Plaintiff to advise the court if she intended to cap her damages at $75,000. Plaintiff advises the court that at this juncture her actual damages have not exceeded $75,000, exclusive of interest and costs. Plaintiff requests that the case be remanded to the D.C. Superior Court.

Respectfully submitted,

By:           /s/
David A. Branch
Law Offices of David A. Branch, P.C.

1

1825 Connecticut Avenue, NW  
Suite 690  
Washington, D.C. 20009  
Phone: (202) 785-2805  
Facsimile: (202) 785-0289

**Certificate of Service**

I hereby certify this 8th day of November 2005, that a copy of the foregoing Notice in Response to Court's Order was sent electronically to counsel for Defendants listed below:

Stuart L. Peacock  
1250 Eye Street, NW  
Suite 600  
Washington, D.C. 20005

/s/  
David A. Branch