IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHELLE ROSIER** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 05-1906 |
| v. ) | |
| ) | |
| **BJ VINES INC., et al.** ) | (EGS) |
| ) | |
| Defendants. ) | |
| ) | |

### PLAINTIFF'S MOTION TO REINSTATE COMPLAINT

Comes now Plaintiff Michelle Rosier, by and through counsel, and files this motion to reinstate complaint, and in support thereof states as follows.

This matter was initially scheduled for a meet and confer scheduling conference in December 2005, and that date was changed to January 17, 2006. Plaintiff's counsel worked with Defendants' counsel to prepare the meet and confer status report and submitted it to the court in a timely manner. Plaintiff's counsel did not attend the January 17, 2006 status conference because the date was inadvertently omitted from his new calendar for 2006 and the firm's back up case tracking system, apparently as court dates for 2006 were being transferred from a 2005 calendar. Counsel was present in the office working on January 17, 2006 and could have easily arrived at the court house within 15 minutes or participated in a telephone conference call. Counsel has not missed any prior court dates or obligations in this matter. Counsel apologizes to the court and opposing counsel for the oversight and requests that the court reinstate the complaint. Counsel contacted Defendants' counsel via email and advised him of this motion and requested that he consent. Defendants' counsel advised that he would consent if Plaintiff agreed to

pay for the costs and fees associated with his unproductive trip to Washington, D.C. Plaintiff offered to pay for one hour of legal time not to exceed $250.

    Wherefore Plaintiff requests that the court reinstate the complaint.

Respectfully submitted,

By:    /s/
David A. Branch
Law Offices of David A. Branch, P.C.
1825 Connecticut Avenue, NW
Suite 690
Washington, D.C. 20009
Phone: (202) 785-2805
Facsimile: (202) 785-0289

## Certificate of Service

    I hereby certify this 17th day of January 2006, that a copy of the foregoing Motion to Reinstate Complaint was sent electronically to counsel for Defendants listed below:

Stuart L. Peacock
1250 Eye Street, NW
Suite 600
Washington, D.C. 20005

/s/
David A. Branch
