UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-----------------------------------------------------------------x
MICHELLE ROSIER,

                      Plaintiff,

-against-

BJ VINES INC. d/b/a BETSEY JOHNSON and JANE ROSER,

                      Defendants.
-----------------------------------------------------------------x

Docket No.
05 CV 1906 (EGS)

**DECLARATION**

      **BRIAN S. SOKOLOFF**, an attorney duly admitted to practice law in the State of New York, and admitted to practice before this Court *pro hac vice* declares the following to be true, under penalty of perjury:

      1.    I am a member of the law firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, attorneys for defendants in the above-captioned action. As such, I am fully familiar with the facts and circumstances set forth herein. I submit this declaration in opposition to plaintiff's application to reinstate the complaint.

      2.    On November 10, 2005, this Court issued a scheduling order calling for an initial conference on December 2, 2005. Both sides were given notice of that conference via the Court's ECF system.

      3.    On November 30, 2005, the Court <u>sua sponte</u> adjourned the conference to January 17, 2006. The notice announcing the rescheduling was again sent out via the Court's ECF system.

      4.    On January 17, 2006, plaintiff's counsel did not appear. Defense counsel traveled to the District of Columbia and stayed overnight to be sure that he appeared on time for the conference.

When plaintiff's counsel did not appear, the Court issued an order dismissing the case without prejudice for failure to prosecute.

5. Plaintiff's counsel does not deny that he received notice of the conference. Instead, he says that he did not appear "because the date was inadvertently omitted from his new calendar for 2006 and the firm's back up case tracking system, apparently as court dates for 2006 were being transferred from a 2005 calendar." Neither I nor my client had any hand in plaintiff's failure to appear.

6. Based on plaintiff's counsel failure to appear, my client had to pay my hourly rate to travel to Washington, DC and pay my expenses.1 My billing for the court appearance, which included travel time, will be 8 hours @ $250 ($2,000), plus expenses: Amtrak ($320, roundtrip), hotel ($216.41), cab fare ($13.00), parking of car next to Penn Station in New York ($78).2 This totals $2,627.41.

7. I told plaintiff's counsel that I would consent to the reinstatement of this case on payment of the above fees. He refused and made the instant application.

8. While it is true that the case law favors case dispositions on the merits, the law also requires faithful adherence to court orders or reasonable explanations. Plaintiff did not obey the Court's order; counsel has not tendered an acceptable explanation. Consequently, this Court should

---

1 Defendants did retain local counsel to move my admission *pro hac vice* and to handle other routine matters in the case. At important moments in the case – like a first meeting with the Court and with plaintiff's counsel – my client wanted me there, a reasonable request.
2 I have receipts available for these expenses and will supply them to the Court if so required.

2

either deny the motion to reinstate this case or grant the motion on tender of my client's fees and expenses. That way, plaintiff can get her day in Court and my client can be reimbursed for costs and expenses incurred as a result of plaintiff's failure to comply.

Dated: Mineola, New York
January 19, 2006

                                                MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENTIOTIS, LLP
Attorneys for Defendants

By: /s/ _____
     BRIAN S. SOKOLOFF (bss-7147)
240 Mineola Boulevard
The Esposito Building
Mineola, New York 11501
(516) 741-7676
Our File No. 05-328

TO:    DAVID A. BRANCH, ESQ.
         Attorney for Plaintiff
         1825 Connecticut Avenue, N.W.
         Suite 690
         Washington, DC 20009

         Stuart A. Peacock, Esq.
         Bonner Kiernan Trebach & Crociatta, LLP
         1250 "I" Street, Suite 600
         Washington, DC 20005