IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHELLE ROSIER** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 05-1906 |
| v. ) | |
| ) | |
| **BJ VINES INC., et al.** ) | (EGS) |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S MOTION TO CONTINUE STATUS CONFERENCE DATE DUE TO A TRIAL CONFLICT

Comes now Plaintiff Michelle Rosier, by and through counsel, and files this motion to continue status conference due to a trial conflict, and in support thereof states as follows.

The court has scheduled this matter for a status conference on February 1, 2006. Plaintiff's counsel wishes to advise the court that he is scheduled to begin a six day employment discrimination trial before Judge Neal Kravitz on January 30, 2006, and therefore has a conflict. Counsel can inquire of Judge Kravitz if he will release me at 12:30 p.m. or 1:00 p.m. (during the lunch hour) on any day of that week to walk across the street for a hearing in federal court. Otherwise counsel will not be available for the hearing on January 30, 2006. Counsel also wishes to advise the court of other court trials/hearing and conflicts in February 2006: 2/7 hearing in Baltimore before U.S. District Court Judge Legg; 2/8 hearing before EEOC; 2/13 to 2/17 out of town conference in Alberta, Canada; 2/23 EEOC hearing; 2/24 Superior Court hearing; 2/27-3/3 employment trial before Judge Broderick in Superior Court.

Respectfully submitted,

By:         /s/
David A. Branch
Law Offices of David A. Branch, P.C.
1825 Connecticut Avenue, NW
Suite 690
Washington, D.C. 20009
Phone: (202) 785-2805
Facsimile: (202) 785-0289

## Certificate of Service

I hereby certify this 26th day of January 2006, that a copy of the foregoing Motion to Continue Hearing Date Due to Trial Conflict was sent electronically to counsel for Defendants listed below:

Stuart L. Peacock
1250 Eye Street, NW
Suite 600
Washington, D.C. 20005

        /s/
David A. Branch

2