IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHELLE ROSIER** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 05-1906 |
| v. ) | |
| ) | |
| **BJ VINES INC., et al.** ) | (EGS) |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO CONTINUE STATUS CONFERENCE

Comes now Plaintiff Michelle Rosier, by and through counsel, and files this notice of withdrawal of Plaintiff's motion to continue status conference, and in support thereof states as follows.

The court scheduled a status conference in this matter on February 1, 2006. On January 26, 2006, Plaintiff filed a motion to continue the status conference due to Plaintiff's counsel having a trial the week of January 30, 2006. Plaintiff's counsel would like to advise the court that the conflicting trial has been continued and will no longer conflict with the original status conference date of February 1, 2006. Plaintiff moves the court to withdraw Plaintiff's motion to continue status conference.

Respectfully submitted,

By: _____/s/_____
David A. Branch
Law Offices of David A. Branch, P.C.

        1825 Connecticut Avenue, NW
        Suite 690
        Washington, D.C. 20009
        Phone: (202) 785-2805
        Facsimile: (202) 785-0289

**Certificate of Service**

I hereby certify this 30th day of January 2006, that a copy of the foregoing Notice of Withdrawal of Plaintiff's Motion to Continue Status Conference was sent electronically to counsel for Defendants listed below:

Stuart L. Peacock
1250 Eye Street, NW
Suite 600
Washington, D.C. 20005

                                              /s/
                                  David A. Branch