IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHELLE ROSIER** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No.: 05-1906 |
| v. | ) |
| | ) |
| **BJ VINES INC., et al.** | ) (EGS) |
| | ) |
| **Defendants.** | ) |
| | ) |

**PRAECIPE/ STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, Plaintiff Michelle Rosier, and Defendants BJ Vines Inc. d/b/a Betsey Johnson and Jane Roser, by and through undersigned counsel, do hereby stipulate to the dismissal with prejudice of all claims against all Defendants. Each party shall bear its own costs.

Respectfully submitted,

By:  /s/
David A. Branch
Law Offices of David A. Branch, P.C.
1825 Connecticut Avenue, NW
Suite 690
Washington, D.C. 20009
Phone: (202) 785-2805


**{tc \l1 "}**
By:  /s/

Brian S. Sokoloff
Miranda & Sokoloff
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-7676